SEALED

FILED

MAY 06 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0103 AC |
|---|---|
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL CRIMINAL COMPLAINT AND ARREST WARRANT |
| CHARLES CARSTERSEN, | **UNDER SEAL** |
| Defendant. | |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, the supporting affidavit, the request to seal, and the arrest warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, until they are automatically unsealed upon the arrest of CHARLES CARSTERSEN.

Dated: 5/6/15

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER

1