1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA  95814
4 Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org
5

6 Attorney for Defendant
CHARLES THOMAS CARSTERSEN
7

8                           IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )  Case No.  2: 15-cr-109 JAM
                                                           )
12          Plaintiff,                            )  STIPULATION AND ORDER TO CONTINUE
                                                           )  STATUS CONFERENCE
13 vs.                                             )
                                                           )  Date: September 22, 2015
14 CHARLES THOMAS CARSTERSEN,   )  Time: 9:15 a.m.
                                                           )  Judge: Hon. John A. Mendez
15          Defendant.                         )
                                                           )
16 _____ )

17          The United States of America, through its counsel, Assistant U. S. Attorney Michele M.

18 Beckwith, and defendant, Charles Thomas Carstersen, through Assistant Federal Defender,

19 Matthew M. Scoble, stipulate that the status conference, currently scheduled for September 22,

20 2015, be continued to November 10, 2015 at 9:15 a.m.

21          Defense counsel requires additional time to review discovery with the defendant and

22 pursue investigation, as well as continue negotiations toward a non-trial disposition.

23          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24 excluded from this order's date through and including November 10, 2015;  pursuant to 18

25 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

26 Code T4 based upon continuity of counsel and defense preparation.

27 / / /

28 / / /

Stipulation to Continue                          -1-                    *U.S. v Carstersen,* 15-cr-109 JAM

Dated:  September 18, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant

Dated: September 18, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice are served by granting the requested
continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including
November 10, 2015, shall be excluded from computation of time within which the trial of this
case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It
is further ordered the September 22, 2015 status conference shall be continued until November
10, 2015, at 9:15 a.m.

Dated:  September 18, 2015                    /s/ John A. Mendez
                                             Hon. John A. Mendez
                                             United States District Court Judge