HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org


Attorney for Defendant
CHARLES THOMAS CARSTERSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES THOMAS CARSTERSEN,<br><br>Defendant. | Case No.  2: 15-cr-109 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 10, 2015<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

The United States of America, through its counsel, Assistant U. S. Attorney Michele M. Beckwith, and defendant, Charles Thomas Carstersen, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the status conference, currently scheduled for November 10, 2015, be continued to January 19, 2016 at 9:15 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 19, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Dated: November 6, 2015

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Matthew M. Scoble*
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for Defendant

Dated: November 6, 2015

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Jason S. Hitt*
                                 JASON S. HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 10, 2015 status conference shall be continued until January 19, 2016, at 9:15 a.m.

Dated: November 6, 2015           /s/ John A. Mendez_____
                                               Hon. John A. Mendez
                                               United States District Court Judge