HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
CHARLES THOMAS CARSTERSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES THOMAS CARSTERSEN, <br><br> Defendant. | Case No.  2:15-cr-109 GEB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: May 27, 2016 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell |

The United States of America, through its counsel, Assistant U. S. Attorney Michele M. Beckwith, and defendant, Charles Thomas Carstersen, through Assistant Federal Defender, Noa E. Oren, stipulate that the status conference, currently scheduled for May 27, 2016, be continued to July 29, 2016 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation. The discovery in this case consists of more than 10,000 pages of documents, recordings, electronic evidence, reports, and other items.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 29, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1  Dated:  May 25, 2016

2                                      HEATHER E. WILLIAMS
                                    Federal Defender

3

4                                    */s/ Noa Oren*
                                  NOA E. OREN
                                  Assistant Federal Defender

5                                    Attorney for Defendant

6  Dated: May 25, 2016

7                                    PHILLIP A. TALBERT
                                  Acting United States Attorney

8                                    */s/ Michele Beckwith*
                                  MICHELE BECKWITH

9                                    Assistant U.S. Attorney
                                  Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 29, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 27, 2016 status conference shall be continued until July 29, 2016, at 9:00 a.m.

Dated:  May 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge