HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
CHARLES THOMAS CARSTERSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00109 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: July 29, 2016 |
| CHARLES THOMAS CARSTERSEN, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell |

The United States of America, through its counsel, Assistant U. S. Attorney Michele M. Beckwith, and defendant, Charles Thomas Carstersen, through Assistant Federal Defender, Noa E. Oren, stipulate that the status conference, currently scheduled for July 29, 2016, be continued to October 28, 2016 at 9:00 a.m.

Defense counsel requires additional time to continue reviewing discovery with the defendant and pursue investigation. The discovery in this case consists of more than 10,000 pages of documents, recordings, electronic evidence, reports, and other items.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 28, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | |
|---|---|
| Dated:  July 19, 2016 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: July 19, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Michele Beckwith*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 28, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 29, 2016 status conference shall be continued until October 28, 2016, at 9:00 a.m.

Dated:  July 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge