McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-109 GEB |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT SET FORTH IN GOVERNMENT'S MAY 31, 2018 NOTICE |
| v. | |
| CHARLES CARSTERSEN, | |
| Defendant. | |

Based on the government's Request to Seal, IT IS HEREBY ORDERED that the United States may file under seal the victim's impact statement setting forth her restitution request. It is further ordered that access to this sealed document shall be limited to the United States and counsel for the defendant. However, the United States shall file on the public docket its Request to Seal unless the United States seeks a stay of this portion of this order by noon on June 7, 2018.

Lastly, the victim's request for restitution is denied because the government has not sustained its burden of establishing by a preponderance of the evidence that the victim's asserted damages were caused by the conduct of which the defendant was convicted.

Dated: May 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

.